**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1373**

ROGER A. JOHNSON, JR.,

    Plaintiff - Appellant,

  v.

NEXT DAY BLINDS CORPORATION; GREAT WINDOWS SERVICES, LLC,

    Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (1:09-cv-02069-WMN)

Submitted:  November 25, 2013   Decided:  December 19, 2013

Before NIEMEYER, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Boniface K. Cobbina, LAW OFFICES OF BONIFACE K. COBBINA, P.C., Washington, D.C., for Appellant.  Meredith S. Campbell, Stacey L. Schwaber, SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A., Potomac, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger A. Johnson, Jr., appeals the district court's orders dismissing his employment discrimination action and denying his motion to alter or amend the judgment  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Johnson v. Next Day Blinds Corp.</u>, No. 1:09-cv-02069-WMN (D. Md. Nov. 1, 2012; Feb 21, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>